## WIGHT *v.* CONDICT.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 280. Argued April 22, 1881. — Decided May 2, 1881.

Members of a limited partnership purchased and paid for the interest of one of the members. Subsequently the remaining members became bankrupt. *Held,* that the assignee in bankruptcy had no claim against the outgoing partner as a debtor by reason of this transaction.

MR. CHIEF JUSTICE WAITE announced the judgment of the court.

The decree in this case is affirmed. There can be no pretence that Condict owed the bankrupts anything. They bought his interest in the limited partnership of which he was once a member and paid him for it. If the creditors of that partnership have any just claims against him on account of what has been done, they must proceed as they may be advised to enforce their rights, but the assignee of the bankrupts is in no respect their representative for that purpose. He can reduce to his possession whatever is owing to the bankrupts and also what they have disposed of in fraud of the bankrupt law; but Condict was not their debtor when

the bankruptcy occurred, and there is no allegation that what they did in respect to his interest in the limited partnership was forbidden by the bankrupt law.

*Mr. John E. Risley* and *Mr. Daniel S. Riddle* for appellant.

*Mr. William P. Chambers* for appellee.